■ In the Matter of MAXINE TODD, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION OFFICE OF LEGAL AFFAIRS, CLAIMS DIVISION, Respondent. [11 NYS3d 124]—

Order, Supreme Court, New York County (Cynthia S. Kern, J.), entered August 20, 2014, which denied the petition for leave to file a late notice of claim, unanimously affirmed, without costs.

Supreme Court considered the relevant statutory factors and exercised its discretion in a provident manner in denying the petition (*see generally Williams v Nassau County Med. Ctr.*, 6 NY3d 531, 535 [2006]; General Municipal Law § 50-e [5]). The record shows that petitioner failed to provide a reasonable excuse for her failure to file a timely notice of claim, as ignorance of the law is not a valid excuse (*see Rodriguez v New York City Health & Hosps. Corp. [Jacobi Med. Ctr.]*, 78 AD3d 538 [1st Dept 2010], *lv denied* 17 NY3d 718 [2011]). Petitioner also failed to show that respondent acquired actual knowledge that a wrong was committed in that the hospital records do not on their face indicate that the hospital deviated from good and accepted medical practice (*see Basualdo v Guzman*, 110 AD3d 610 [1st Dept 2013]). Furthermore, the court properly found that the delay between the events at issue and the filing of the petition were likely to have prejudiced respondent in its investigation (*see Brown v New York City Health & Hosps. Corp. [N. Cent. Bronx Hosp.]*, 116 AD3d 514 [1st Dept 2014], *lv denied* 24 NY3d 908 [2014]). Concur—Gonzalez, P.J., Mazzarelli, Acosta, Clark and Kapnick, JJ.

■ In the Matter of ALEX ORTIZ, Petitioner, v PATRICIA NUÑEZ et al., Respondents. [9 NYS3d 581]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Gonzalez, P.J., Mazzarelli, Acosta, Clark and Kapnick, JJ.